ACCEPTED
12-15-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/20/2015 4:24:18 PM
CATHY LUSK
CLERK

**NO. 12-15-00039-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/20/2015 4:24:18 PM
CATHY S. LUSK
Clerk

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0191

| | | |
|---|---|---|
| **TAURUS JENKINS** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

**MOTION TO SUBSTITUTE COUNSEL ON APPEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Taurus Jenkins, Appellant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for John Reeves to withdraw and to substitute Albert J. Charanza, Jr., as attorney of record for Appellant in this cause, and in support thereof would show:

1. John Reeves was previously court appointed to represent Appellant in this cause. Appellant no longer desires to be represented by John Reeves.

2. Albert J. Charanza, Jr. has been employed to represent Taurus Jenkins in this case. Taurus Jenkins approves this substitution, as evidenced by Taurus Jenkins's signature on this motion. This Motion is not brought for delay, but to allow Appellant to be represented by counsel of his choice.

3. On January 27, 2015, Appellant's counsel filed a Notice of Appeal before he retained counsel. On February 18, 2015, Appellant counsel filed a Motion for New Trial which has been presented to the trial court and the trial court has until April 10, 2015 to rule on the Motion for New Trial.

WHEREFORE, PREMISES CONSIDERED, Taurus Jenkins prays that the Court enter an order allowing John Reeves to withdraw from representing Appellant and to substitute Albert J. Charanza, Jr., as attorney of record in this cause.

Respectfully submitted,

_____
Taurus Jenkins, Appellant

_____
Albert J. Charanza, Jr.
Charanza Law Office, P.C.
Post Office Box 1825
412 South First Street
Lufkin, Texas 75902
Tel: (936) 634-8568
Fax: (936) 634-0306
State Bar No. 00783820
Attorney for Taurus Jenkins

## CERTIFICATE OF SERVICE

This is to certify that on February 20 2015 a true and correct copy of the **MOTION TO SUBSTITUTE COUNSEL ON APPEAL** was served on the District Attorney's Office, Angelina County, 215 East Lufkin Avenue, Lufkin, Texas 75901, by hand delivery and John Reeves, attorney at law, via facsimile.

_____
Albert J. Charanza, Jr.

## NO. 12-15-00039-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0191

| | | |
|---|---|---|
| **TAURUS JENKINS** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

On _____, 2015, the Court considered Appellant Taurus Jenkins's Motion to Substitute Counsel on Appeal in which she asked the court to allow John Reeves' withdrawal and the substitution of Albert J. Charanza, Jr. as attorney of record in this appeal.

The Court finds that the motion has merit and should be granted.

It is therefore ordered that John Reeves is discharged as attorney of record, and Albert J. Charanza, Jr. is substituted as attorney of record for Taurus Jenkins

All papers in this appeal should hereafter be served on Albert J. Charanza, Jr., State Bar Number: 00783820, at P.O. Box 1825, Lufkin, Texas, 75902 Telephone Number : (936) 634-8568, Fax Number: (936) 634-0306, email alcharanza@consolidated.net.


Signed on _____, 2015.


_____
JUDGE PRESIDING